AO 106 (Rev. 04/10) Application for a Search Warrant

**FILED**
**U.S. District Court**
**District of Kansas**

# UNITED STATES DISTRICT COURT

for the

District of Kansas

2/15/2023

Clerk, U.S. District Court
By_____AA_____Deputy Clerk

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

a USPS Priority Mail parcel bearing USPS Tracking Number EJ637211724US, currently located at 7117 West Harry Street, Wichita, KS., See Attachment "A."

)
)
)
)
)
)
)

Case No.  23-6040-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
a USPS Priority Mail parcel bearing USPS Tracking Number EJ637211724US, addressed to "Kimberly Lamont, 4844 E. Morris St., Wichita, KS 67218" as further described in the attached Affidavit of Probable Cause. See Attachment A.

located in the _____ District of _____ Kansas _____ , there is now concealed *(identify the person or describe the property to be seized):*
evidence of violations of Title 21, United States Code, Section 841(a)(1); Section 843(b); and Section 846; crimes relating to the possession and distribution of controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | possession with intent to distribute a controlled substance |
| 21 USC 843(b) | unlawful use of a comm. facility to facilitate distribution of a controlled substance |
| 21 USC 846 | conspiracy |

The application is based on these facts:

See Attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Paul Shade, Postal Inspector, USPIS
_____
*Printed name and title*

Attested to by the Affiant, in accordance with the requirements of Fed.R.Crim.P. 41(d)(3), by telephone or other reliable electronic means, to wit: telephone conferencing on February __15__ , 2023.

Date:  2/15/2023
_____

_____
*Judge's signature*

City and state:  Wichita, KS
_____

The Honorable Gwynne E. Birzer
_____
*Printed name and title*

## AFFIDAVIT

I, Paul Shade, being first duly sworn on oath, state as follows:

## AGENT INTRODUCTION AND BACKGROUND

1.      I am a United States Postal Inspector with the United States Postal Inspection

Service, and have been so employed since July, 2004.  I am currently assigned to the Kansas City

Field Office of the Postal Inspection Service and have experience enforcing federal mail and

drug laws.  This affidavit is based on my own personal knowledge and information given to me

by other Postal Inspectors and other law enforcement personnel.

2.      I received basic training for approximately 12 weeks from the United States

Postal Inspection Service regarding individuals using the United States Mail to transport

controlled substances and proceeds from the sale of controlled substances as well as the use of

Postal Money Orders to launder the proceeds of controlled substances.  I received formal training

for one week in January, 2009, when I attended the United States Postal Inspection Service

Narcotics training course in Potomac, Maryland.  This training involved narcotic investigation

techniques, chemical field testing, and training in the identification and detection of controlled

substances and narcotic proceeds being transported in the United States Mail and other

commercial carriers.

3.      The U. S. Postal Inspection Service has implemented a parcel profile program

targeting parcels mailed to and from areas of the United States which have been identified by law

enforcement as being source areas for the distribution of controlled substances.  The Kansas City

Field Office Postal Inspection Service program consists of reviewing postal service records and a

physical profile of Express and Priority Mail parcels and envelopes which have originated from

and/or have been received for delivery in the District of Kansas and Western District of Missouri.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4.      This affidavit is made in support of an application for a search warrant for a United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ637211724US," addressed to "Kimberly Lamont, 4844 E. Morris St, Wichita, KS 67218" with a return address of "Justin Lamont, 3312 Purdue Dr, Bakersfield, CA 93306" was mailed on February 9, 2023 from Bakersfield, CA 93306.  Further, this parcel weighs approximately 1 pounds 13 ounces and bears $53.65 in postage ("Subject Parcel").

5.      Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency.

6.      The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7.      Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and  Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

**PROBABLE CAUSE**

8.     On February 10, 2023, while examining incoming mail parcels online, Inspectors observed the Subject Parcel, bearing tracking "EJ637211724US," addressed to "Kimberly Lamont, 4844 E. Morris St, Wichita, KS 67218" with a return address of "Justin Lamont, 3312 Purdue Dr, Bakersfield, CA 93306" was mailed on February 9, 2023 from Bakersfield, CA 93306.  Further, this parcel weighs approximately 1 pounds 13 ounces and bears $53.65 in postage ("Subject Parcel").

9.     I queried the Subject Parcel's listed return address information (Justin Lamont, 3312 Purdue Dr, Bakersfield, CA 93306) in the CLEAR Law Enforcement Database and Justin Lamont was not found to be affiliated with the address. I queried the addressee information (Kimberly Lamont, 4844 E. Morris St, Wichita, KS 67218) in the CLEAR Law Enforcement Database and Kimberly Lamont was not identified as being associated to the address.

10.     I had the parcel routed to my office in Kansas City and on February 13, 2023, the parcel arrived, Inspectors contacted Kansas City, Missouri Police Detective Antonio Garcia and coordinated an exterior odor search of the Subject Parcel at the Postal Inspection Service Office located at 6201 College Blvd, Overland Park, KS 66211.  Inspectors placed the Subject Parcel in the lobby area with other similar empty boxes.  Inspectors observed Detective Garcia and his certified drug-detecting canine, Zeus, search the area.  Inspectors observed Zeus search the area and then sat facing the Subject Parcel.  Detective Garcia stated Zeus's actions indicated he had alerted to the Subject Parcel as containing an odor of a controlled substance.  (I know the following legal points from my experience and training.  "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search." *United States v. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).

11.     According to Detective Garcia, Zeus is a three-year old German Shepherd. Zeus's last certification by the National Police Canine Association was on April 12, 2022. Zeus is trained to detect the odors of cocaine, marijuana, heroin, and methamphetamine. Since being certified, Zeus has recovered approximately 11,304 pounds of marijuana; 2,625 pounds of THC oil; 506 pounds of methamphetamine; 2,386 tablets of ecstasy; 169 pounds of cocaine; 54 pounds heroin; 58 pounds of fentanyl; 229,401 fentanyl tablets; 5.5 gallons of PCP; and $2,454,910 in United States currency.

12.     Per my training and experience, I know the positive odor search of narcotics present is only one factor in the investigation of the Subject Parcel. I believe the other identified characteristics of the Subject Parcel, provided in this affidavit, prove reasonable suspicion, and would further argue the threshold of probable cause is met even without the dog alert. "[I]f the dog alerts to a car in which the officer finds no narcotics, the dog may not have made a mistake at all. The dog may have detected substances that were too well hidden or present in quantities too small for the officer to locate. Or the dog may have smelled the residual odor of drugs previously in the vehicle or on the driver's person." *Florida v. Harris*, 568 U.S. 237, 245-46 (2013).

## CONCLUSION

13.     Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21,

4

United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the

commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

_____

Paul Shade
United States Postal Inspector
United States Postal Inspection Service

Attested to by the Affiant, in accordance with the requirements of Fed.R.Crim.P. 41(d)(3), by telephone or other reliable electronic means, to wit: telephone conferencing on February  15  , 2023.

_____

The Honorable Gwynne E. Birzer
United States Magistrate Judge

5

## ATTACHMENT A

This affidavit is made in support of an application for a search warrant for a United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EJ637211724US," addressed to "Kimberly Lamont, 4844 E. Morris St, Wichita, KS 67218" with a return address of "Justin Lamont, 3312 Purdue Dr, Bakersfield, CA 93306" was mailed on February 9, 2023 from Bakersfield, CA 93306.  Further, this parcel weighs approximately 1 pounds 13 ounces and bears $53.65 in postage ("Subject Parcel").

The Subject Parcel is currently located, specifically at the US Postal Inspector Wichita Kansas Domicile, located at 7117 W. Harry St, Wichita, KS 67276, which is in the District of Kansas.

## ATTACHMENT B

Items to be seized from the Subject Parcel include controlled substances; specifically, marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency.